**No. 09-8476. Daniel B. Karron, Petitioner v. United States.**

559 U.S. 963, 130 S. Ct. 1555, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1056.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 348 Fed. Appx. 632.

**No. 09-8482. Daniel Perez Alonso, Petitioner v. United States.**

559 U.S. 963, 130 S. Ct. 1555, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1060.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 583 F.3d 152.

**No. 09-8455. In Re Willie Ray Bush, Petitioner.**

559 U.S. 934, 130 S. Ct. 1553, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1086.

February 22, 2010. Petition for writ of habeas corpus denied.

**No. 09-8464. In Re Mitchell Lee Walck, Petitioner.**

559 U.S. 934, 130 S. Ct. 1554, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1092,

February 22, 2010. Petition for writ of habeas corpus denied.

**No. 09-8632. In Re Freddie Eugene Casey, Petitioner.**

559 U.S. 934, 130 S. Ct. 1564, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1089.

February 22, 2010. Petition for writ of habeas corpus denied.

**No. 09-7885. In Re Barry N. Waddell, Petitioner.**

559 U.S. 935, 130 S. Ct. 1514, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1079.

February 22, 2010. Petition for writ of mandamus denied.

**No. 09-7982. In Re Lorenzo Townsend, Petitioner.**

559 U.S. 935, 130 S. Ct. 1521, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1074.

February 22, 2010. Petition for writ of mandamus denied.

**No. 09-8198. In Re Alfredo Masis Sancho, Petitioner.**

559 U.S. 935, 130 S. Ct. 1535, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1090,

February 22, 2010. Petition for writ of mandamus denied.

**No. 09-8014. In Re Charles Willy Alpine, Petitioner.**

559 U.S. 935, 130 S. Ct. 1526, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1061.

February 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus and/or prohibition dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.